# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Bridgette Villanueva, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 15 C 10559 |
| Camille Yancy et al., | ) ) | Judge John J. Tharp, Jr. |
| Defendants. | ) ) ) | |

## ORDER

Defendants Camille Yancy, Tom B. King, and Audrey Wade moved to dismiss the plaintiff's complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6). For the reasons stated below, defendants' motion to dismiss [19] is granted. The complaint is dismissed; the dismissal is without prejudice as to any claim that the plaintiff may have against any of the defendants because there is no basis to ascertain the scope or nature of any claims asserted, but for the same reason there is no basis to conclude that amendment would enable the plaintiff to state a viable claim. Accordingly, this case is terminated. This is a final and appealable order. Civil case terminated.

## STATEMENT

On January 6, 2016 plaintiff Bridgette Villanueva filed an amended complaint against Camille Yancy, Joy Airaudi, Tom B. King, Tawawa Hall, Tameka Oetega, and Audrey Wade under 42 U.S.C. § 1983. Plaintiff's statement of claims is simply a list of legal terms, such as housing discrimination, false statements, perjury, and identify theft. She also appears to complain that she was denied services by "Chicago Volunteers Legal Services," which is not named as a defendant. No individual named in the complaint has any action attributed to them. The defendants have moved to dismiss under Rule 12(b)(6), which allows a court to dismiss a claim for "failure to state a claim upon which relief can be granted." Fed. R. Civ. P. 12(b)(6).

Rule 8 requires a complaint contain a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). Although this does not require detailed factual allegations, a plaintiff must provide "enough detail to give the defendant fair notice of what the claim is and the grounds upon which it rests, and, through [her] allegations, show that it is plausible, rather than merely speculative, that [she] is entitled to relief." *Tamayo v. Blagojevich*, 526 F.3d 1074, 1083 (7th Cir. 2008). Furthermore, a plaintiff "has the obligation to provide the factual grounds" of her complaint. *Bissessur v. Ind. Univ. Bd. of Trs.*, 581 F.3d 599, 602 (7th Cir. 2009). Here, plaintiff has alleged no facts at all; rather, she has merely listed a number of legal claims. This does not give the defendants the information they need to present a defense or even know which claims target which defendants. As such, her complaint fails to state a claim against any defendant and must be dismissed.

Dated: September 30, 2016                                  /s/ John J. Tharp, Jr.
                                                           John J. Tharp, Jr.
                                                           United States District Judge